
DEFENDANT'S EXHIBIT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Frederick Lynn, #130099
Plaintiff
Vs.                                              CV: 04-D-24-N
David S. Nix
Defendant

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said county and sate of Alabama at large, personally appeared David S. Nix who being known to me and being duly sworn, deposes and says on oath as follows:

My name is David S. Nix. I am over the age of 19. I am the Circuit Clerk of Barbour County, Alabama.

Frederick Lynn has requested in case(s) #CC-83-18 and 24 a copy of an affidavit in pursuit of a warrant and a copy of a warrant. My records and the District Attorney's records reflect that there was no affidavit in pursuit of a warrant or a warrant relating to this case(s).

Further the affiant says not.

_____
David S. Nix

State of Alabama
County of BARBOUR COUNTY, ALABAMA
Sworn to and subscribed before me and under my hand and official seal this 5th day of April, 2004.

_____ Comm. Expires 5/12/06
Notary Public
Leisa H. Jimmerson