IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK D. LYNN, #130099, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-150-WHA |
| | ) |
| KENNETH L. JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the habeas petition, and for good cause, it is

ORDERED that the petitioner be allowed to proceed *in forma pauperis* in this cause of action.

Done this 27th day of February, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE