IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

FREDRICK LYNN
   Petitioner

VS.     Civil Action Number: 2:06-CV-150-WHA

Kenneth L. Jones
et, al
   Respondent

RECEIVED
2006 MAR -8 A 9: 27

## PETITIONER'S WRITTEN OBJECTION

Come now the above styled petitioner "Fredrick Lynn" and files this his "Petitioner's Written Objection" and in support of same this Petitioner will show unto this Court the following to wit.

1. "TITLE 28 USC 2244 (b) (3) (A)"

   This Honorable Court contends in its "Recommendation of the Magistrate Judge" that the instant "Petition for Writ of Habeas Corpus" must be "Dismissed" because the Petitioner has failed to obtain the requisite ordered from the Eleventh Circuit Court of Appeals authorizing this Honorable Court to consider a successive Habeas Application.

2. The Petitioner contends that, The Petitioner invoked this Honorable Court Jurisdiction Pursuant to "Article 3 of the United States Constitution" and the "Legislative Acts of Congress" as such this Honorable Court is bound to answer and assure itself of Jurisdiction even if the Parties fail to raise the issue Insurance Corp. of LTD 456 US at 702.

   The Petitioner argues further that, This Honorable Court not only has the power but also the obligation at anytime to inquire that Jurisdiction does not exists, arises by virtue of the Constitution of the United States Philbrook vs. Glodgett 421 US 707 95 s ct 1893 44 LED 2d 525 (1975), City of Kenosha vs. Bruno 412 US 507 93 s ct 2222 37 Led 2d 109 (1973).

1

The Petitioner argues further that, it is evident that this matter is not appropriate for 2254 relief at this juncture, or relief under the saving provisions of that statute as interpreted by Wofford vs. Scott 177 F.3d 1236, 1244 (11th Cir. 1999).

The Petitioner argues that the pertinent issue before this Honorable Court is whether there is any relief available to the Petitioner under the particular facts presented in this "Motion to Secure Jurisdiction".

The Petitioner argues that, this Honorable Court derives it's power solely from "Article 3 of the United States Constitution" and from the "Legislative Acts of Congress" as such this Honorable Court Cannot by the United States Constitution violate the Petitioner's Constitutional rights, as such, failure of this honorable Court to reach the merits of the Petitioner's claims and to allow the Attorney General of the State of Alabama to respond to the Petitioner's allegations, and to plead a defense would violate the Petitioner's right to "Equal Protection of the Law" and "Access to the Courts" guaranteed by the 14th Amendment to the United States Constitution.

Wherefore Premises Considered Petitioner moves this Honorable Court to enter an order vacating it's recommendation dated February 27, 2006 and to direct the Respondent to file a response to the Petitioner's "Motion to Secure Jurisdiction"

Done this the 7th day of March 2006

Respectfully Submitted

*Fredrick Lynn*

Fredrick Lynn   AIS# 130099
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299