IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK D. LYNN, #130099, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv150-WHA |
| | ) |
| KENNETH L. JONES, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on February 27, 2006, together with Petitioner's Written Objection (Doc. #4), filed on March 8, 2006.

The court has conducted an independent evaluation and *de novo* review of this case, and finds as follows:

On February 21, 2006, Frederick Lynn, a state inmate, filed this petition for writ of habeas corpus, styled "Motion to Secure Jurisdiction," pursuant to 28 U.S.C. § 2241, in which he seeks habeas relief from a 1986 capital murder conviction imposed upon him by the Circuit Court of Barbour County, Alabama. The trial court initially sentenced Lynn to death. On March 6, 1992, however, the trial court reduced his sentence to life without the possibility of parole, pursuant to a joint agreement between Lynn and the State.

The Magistrate Judge recommended that the petition be denied and the action dismissed for failure of the Petitioner to obtain an order from the Court of Appeals authorizing this court to consider a successive habeas application.

In his Objection, the Petitioner argues that the court should accept jurisdiction over his § 2241 petition because "this matter is not appropriate for 2254 relief at this juncture . . . ." As is clear from the Recommendation, however, applicable federal law directs that this court must apply the procedural restrictions of § 2254 to the present application for habeas relief. Since this is clearly a successive habeas corpus petition filed by Lynn, and because he had no permission from the Eleventh Circuit Court of Appeals to file such petition, this court has no jurisdiction to grant the requested relief. The Objection fails to undermine the determination of the Recommendation that this case should be dismissed in accordance with the directives of 28 U.S.C. § 2244(b)(3)(A). Therefore, the Objection is overruled, the court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. This 28 U.S.C. § 2241 petition for habeas corpus relief is DENIED.

2. This action is DISMISSED for failure to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application.

3. Final Judgment will be entered in accordance with this order.

DONE this 29th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE