IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

FREDRICK LYNN

    PETITIONER

VS.                                CIVIL ACTION NO. 2:06-CV-150-WHA

KENNETH L. JONES
et al

    RESPONDENTS

RECEIVED
2006 MAY 15 A 9:21
CLK
MIDDLE DISTRICT ALA

2:06CV150-WHA

MOTION TO VACATE, ALTER OR AMEND JUDGEMENT

COMES NOW THE ABOVE STYLED PETITIONER "FREDRICK LYNN" AND FILES THIS HIS "MOTION TO VACATE, ALTER OR AMEND JUDGEMENT" PURSUANT TO RULE 59 (e) F.R.CIV.P. AND IN SUPPORT OF SAME THIS PETITIONER WILL SHOW UNTO THIS HONORABLE COURT THE FOLLOWING TO WIT

1. ON MARCH 29, 2006 THIS HONORABLE COURT ENTERED A ORDER IN WHICH IT DENIED THE PETITIONER(S) "MOTION TO SECURE JURISDICTION" AND IN DOING SO, THIS HONORABLE COURT STATED THAT THE PETITIONER DID NOT OBTAIN AUTHORIZATION BY THE 11TH CIRCUIT COURT OF APPEALS TO FILE A "SECOND PETITION FOR WRIT OF HABEAS CORPUS" PURSUANT TO "28 USC 2244 (b) (3) (a)"

2. THE PETITIONER CONTENDS THAT, PURSUANT TO "ARTICLE III OF THE UNITED STATES CONSTITUTION" THIS PETITIONER'S CLAIMS RAISED IN THE PRESENT "MOTION TO SECURE JURISDICTION" AS SUCH THE PETITIONER'S CLAIMS RAISED THEREIN ARE PROPERLY BEFORE THIS COURT AND THE DENIAL OF THOSE CLAIMS WERE CLEARLY A ABUSE OF DISCRETION BY THIS COURT

3. THE PETITIONER REQUEST THAT THIS HONORABLE COURT REVIST THE CLAIMS RAISED IN THE PETITIONER'S "MOTION TO SECURE JURISDICTION" AND TO ENTER A JUST DECISION ON THOSE CLAIMS AS SUCH CLAIMS CLEARLY GO TO THE MERITS OF THE PETITIONER'S ALLEGATIONS ON THE SUBJECT MATTER.

I

DONE THIS THE 8th DAY OF May 2006

RESPECTFULLY SUBMITTED


_Fredrick Lynn_
FREDRICK LYNN
AIS# 130099
WILLIAM E. DONALDSON CORRECTIONAL FACILITY
100 WARRIOR LANE
BESSEMER, ALABAMA 35023-7299