IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK D. LYNN, #130099, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv150-WHA |
| | ) |
| KENNETH L. JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

This case is before the court on the Motion to Vacate, Alter or Amend Judgment (Doc. #7), filed by the Petitioner on May 15, 2006. The motion was dated the 5th day of May, 2006, by the Defendant. The motion is made pursuant to Rule 59(e), *Fed.R.Civ.P.*

The Judgment which Petitioner seeks by this motion to have vacated, altered or amended was entered on March 29, 2006. Rule 59(e) requires that, "[A]ny motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment." Therefore, Petitioner's motion is untimely, and it is hereby

ORDERED that the motion is DENIED.

DONE this 25th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE